1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   CAROL A. CHEN
4  Assistant United States Attorney
   California Bar Number 212720
5       Federal Building, Suite 7516
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2428
7       Facsimile: (213) 894-7819

8  Attorneys for Plaintiff JOHN E. POTTER,
   POSTMASTER GENERAL OF THE UNITED STATES
9  POSTAL SERVICE

10                UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                        WESTERN DIVISION

13  
   JOHN E. POTTER, POSTMASTER    | No. CV 08-3200 R (VBKx)
14  GENERAL OF THE UNITED STATES |
   POSTAL SERVICE,               | **ORDER FOR PRELIMINARY**
15                               | **INJUNCTION**
             Plaintiff,          |
16                               | [Fed. R. Civ. P. 65(b)]
        v.                       |
17                               |
   ALAN ORTIZ,                   |
18                               |
             Defendant.          |
19  

20      JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL

21  SERVICE's Motion for Preliminary Injunction having come before the

22  Court, and the Court having considered the pleadings and evidence

23  presented and concluded that immediate and irreparable injury will

24  result unless the activities described below are enjoined pending

25  trial of this action, and good cause appearing therefor,

26      IT IS HEREBY ORDERED that:

27      Plaintiff's Motion for Preliminary Injunction is GRANTED, and

28      (1)  Defendant is restrained and enjoined from entering or

    otherwise coming within three hundred (300) yards of the premises

1 of the Santa Clarita Post Office(located at 24355 Creekside Road,
2 Santa Clarita, California 91355 (Main Post Office) and its stations
3 and branches (18336 Soledad Canyon Road, Canyon Country, California
4 91351 (Canyon Country Branch); 31519 Castaic Road, Castaic,
5 California 91384 (Castaic Branch); 26541 Ruether Avenue, # B,
6 Canyon Country, California 91351 (Golden Valley Annex); 23640 Lyons
7 Avenue, # B, Newhall, California 91321 (Lyons Station); and 25842
8 ½ Tournament Road, Valencia, California 91355 (Valencia Station));
9 and

10     (2) Defendant is restrained and enjoined from coming within
11 three hundred (300) yards of the persons of Postmaster Robert W.
12 Swanson, Mr. Mario Cruz, and Mr. Rocelio Erazo.

15 DATED: <u>May 28</u>, 2008.

                    HONORABLE MANUEL L. REAL
                    UNITED STATES DISTRICT JUDGE

18 Presented by:

19 THOMAS P. O'BRIEN
United States Attorney
20 LEON W. WEIDMAN
Assistant United States Attorney
21 Chief, Civil Division

23    /s/
CAROL A. CHEN
Assistant United States Attorney
24 Attorneys for Plaintiff JOHN E. POTTER,
POSTMASTER GENERAL OF THE UNITED STATES
25 POSTAL SERVICE