```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    CAROL A. CHEN
 4  Assistant United States Attorney
    California Bar Number 212720
 5       Federal Building, Suite 7516                JS - 6
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2428
 7       Facsimile: (213) 894-7819

 8  Attorneys for Plaintiff JOHN E. POTTER,
    POSTMASTER GENERAL OF THE UNITED STATES
 9  POSTAL SERVICE
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES POSTAL SERVICE,<br><br>       Plaintiff,<br><br>       v.<br><br>ALAN ORTIZ,<br><br>       Defendant. | No. CV 08-3200 R (VBKx)<br><br>**[PROPOSED] ORDER FOR PERMANENT INJUNCTION AND DISMISSAL OF THE ACTION**<br><br>[Fed. R. Civ. P. 65(b)] |

The Court having set a status conference as to why the Preliminary Injunction entered on May 28, 2008 should not be permanent and the action dismissed, and the Court having heard argument on the matter and considered the evidence before it and concluded that immediate and irreparable injury will result unless the activities described below are permanently enjoined, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

(1) Defendant is permanently restrained and enjoined from

1  entering or otherwise coming within three hundred (300) yards of
2  the premises of the Santa Clarita Post Office(located at 24355
3  Creekside Road, Santa Clarita, California 91355 (Main Post Office)
4  and its stations and branches (18336 Soledad Canyon Road, Canyon
5  Country, California 91351 (Canyon Country Branch); 31519 Castaic
6  Road, Castaic, California 91384 (Castaic Branch); 26541 Ruether
7  Avenue, # B, Canyon Country, California 91351 (Golden Valley
8  Annex); 23640 Lyons Avenue, # B, Newhall, California 91321 (Lyons
9  Station); and 25842 ½ Tournament Road, Valencia, California 91355
10 (Valencia Station)); and

11     (2)  Defendant is permanently restrained and enjoined from
12 coming within three hundred (300) yards of the persons of
13 Postmaster Robert W. Swanson, Mr. Mario Cruz, and Mr. Rocelio
14 Erazo.

15     In addition, this action is hereby DISMISSED.

18 DATED: JAN. 13, 2009.

                                    _____
                                    HONORABLE MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE

21 Presented by:

22 THOMAS P. O'BRIEN
   United States Attorney
23 LEON W. WEIDMAN
   Assistant United States Attorney
24 Chief, Civil Division

25
      /s/
   _____
26 CAROL A. CHEN
   Assistant United States Attorney
27 Attorneys for Plaintiff JOHN E. POTTER,
   POSTMASTER GENERAL OF THE UNITED STATES
28 POSTAL SERVICE